Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Michael J. Ellis
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 20 2022

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW DYLAN HENDRICKS,<br><br>Defendant. | 2:22-CR-175-TOR<br><br>INDICTMENT<br><br>Vio: 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi)<br>Possession with Intent to Distribute 40 Grams or More of Fentanyl<br><br>21 U.S.C. § 853<br>Forfeiture Allegations |

The Grand Jury charges:

On or about November 1, 2022, in the Eastern District of Washington, the Defendant, MATTHEW DYLAN HENDRICKS, knowingly possessed with intent to distribute a mixture or substance containing 40 grams or more of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]propanamide (a/k/a "fentanyl"), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

INDICTMENT – 1

Pursuant to 21 U.S.C. § 853, upon conviction for an offense in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(vi), as set forth in this Indictment, the Defendant, MATTHEW DYLAN HENDRICKS, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense.

If any of the property described above, as a result of any act or omission of the Defendants:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c).

DATED this 20 day of December, 2022.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Michael Ellis*
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 2